IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS VALLES,        )<br>           )<br>    Plaintiff(s),    )<br>           )<br>  vs         )<br>           )<br>ARNOLD SCHWARZENEGGER, et al,  )<br>           )<br>    Defendant(s).    )<br>_____ ) | No C 08-2538 VRW (PR)<br><br>ORDER OF DISMISSAL |

      Plaintiff, a prisoner at Avenal State Prison in Avenal, California, has filed a request for a three-judge court to review his allegations of overcrowding and grant him a release order pursuant to 18 USC § 3626(a)(3)(C). He also seeks to join various pending class actions in the federal districts courts in California.

      Plaintiff's request is DISMISSED without prejudice. To whatever extent plaintiff wishes to file an action challenging the conditions of his confinement, he must do so in the Eastern District of California, where he is incarcerated. See 28 USC § 84(b). And if he wishes to join as plaintiff in a pending class action in one of the federal district courts in California, he must file a motion in the appropriate court and case he wishes to join.

      The clerk shall terminate all pending motions as moot and close the file.

      SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\OTHER.08\Valles, C1.or1.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHRIS VALLES,

        Plaintiff,

  v.

ARNOLD SCHWARZENEGGER et al,

        Defendant.
                             /

Case Number: C08-2538 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 28, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Chris Valles F85004
Avenal State Prison
410-11-71-Low
P.O. Box 9
Avenal, CA 93204

Dated: May 28, 2008

                                      Richard W. Wieking, Clerk
                                      By: Cora Klein, Deputy Clerk